NUMBER 13-99-513-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

____________________________________________________________________ 



JOSE A. VILLARREAL, ET AL., Appellants, 



v. 



SHACKLEFORD, INC., D/B/A 

RELCO REFRIGERATION CO., Appellee. 

____________________________________________________________________ 



On appeal from the 164th District Court 

of Harris County, Texas. 

____________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellants, JOSE A. VILLARREAL, ET AL., perfected an appeal from a
judgment entered by the 164th District Court of Harris
County, Texas, in cause number 96022377. The clerk's record was filed on September 3, 1999. No reporter's record was filed.
Appellants' brief was due on March 15, 2000. To date, no appellate brief
has been received. 

When the appellant has failed to file a brief in the time prescribed, the Court may
dismiss the appeal for want of prosecution, unless the appellant reasonably explains the
failure and the appellee is not significantly injured by the appellant's failure to timely
file a brief. Tex. R. App. P. 38.8(a)(1). 

On March 24, 2000, notice was given to all parties that this appeal
was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellants were given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received from appellants. Appellee has filed a motion to
dismiss the appeal. 

The Court, having examined and fully considered the documents on file, appellants'
failure to file a proper appellate brief, this Court's notice, appellant's failure to
respond, and appellee's motion to dismiss, is of the opinion that the appeal should be
dismissed for want of prosecution. Appellee's motion to dismiss is GRANTED, and the appeal
is hereby DISMISSED FOR WANT OF PROSECUTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed 

this the 20th day of April, 2000